E-FILED

**MAR** 1 8 2020

Document #_____

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA J. CRISP-STOOT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC.; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO.: 2:18-cv-10694PSG (PJWx)<br><br>[PROPOSED] ORDER GRANTING STIPULATION FOR ORDER TO CONTINUE TRIAL AND PRE-TRIAL DATES<br><br>Courtroom:         6A<br>District Judge:     Philip S. Gutierrez<br>Magistrate Judge: Patrick J. Walsh<br>Complaint Filed: April 23, 2018<br>Trial Date:         April 28, 2020 |

After reviewing the stipulation of the parties to continue trial and pre-trial dates and upon a finding of GOOD CAUSE, the Court hereby GRANTS the parties request and continues the following dates:

    a.    Trial to be continued from April 28, 2020 to August 25, 2020.

    b.    Final Pretrial Conference to be continued from April 13, 2020 to August 17, 2020.

Based on the foregoing, good cause exists to continue the trial.

All other trial and pretrial dates shall be continued as follows:

///

///

|  | Existing Due Date/Hearing Date | New Dates Proposed by Parties |
|---|---|---|
| Trial | April 28, 2020 at 9:00 a.m. | August 25, 2020 at 9:00 a.m. |
| Pretrial Conference | April 13, 2020 at 2:30 p.m. | August 17, 2020 at 2:30 p.m. |
| Non-Expert Discovery Cutoff (limited to Plaintiff's future treatment) | January 21, 2020 | May 19, 2020 |
| Last Day to File Motions (limited to Plaintiff's future treatment) | February 4, 2020 | June 2, 2020 |
| Expert Discovery Cutoff | March 17, 2020. | August 14, 2020 |
| Motions in Limine Filing Deadline | March 13, 2020 | July 10, 2020 |
| Lodge Pretrial Conference Order | April 6, 2020 | August 10, 2020 |
| File Agreed Set of Jury Instructions | April 10, 2020 | August 7, 2020 |
| File Statement Regarding Disputed Instructions, Verdicts, etc. | April 7, 2020 | August 4, 2020 |
| File Memo of Contentions of Fact and Law: Exhibit & Witness Lists | March 23, 2020 | July 27, 2020 |

IT IS SO ORDERED.

Dated: _____3/18/2020_____    _____

The Honorable Philip S. Gutierrez

2

Case 2:18-cv-10694-PSG-PJW   Document 43-5   Filed 03/13/20   Page 3 of 3   Page ID #:350

## CERTIFICATE OF SERVICE

I hereby certify that the following document(s):

- **PROPOSED ORDER RE STIPULATION TO CONTINUE TRIAL**

was/were served on this date to counsel of record:

[ ]  **BY MAIL:**  By placing a copy of the same in the United States Mail, postage prepaid, and sent to their last known address(es) listed below.

[ ]  **BY E-MAIL DELIVERY:**  Based on an agreement of the parties to accept service by e-mail or electronic transmission, I sent the above document(s) to the person(s) at the e-mail address(es) listed below.  I did not receive, within a reasonable amount of time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[ X]  **BY ELECTRONIC TRANSMISSION:**  I electronically filed the above document(s) with the Clerk of the Court using the CM/ECF system.  The CM/ECF system will send notification of this filing to the person(s) listed below.

Siamak Vaziri, Esq.
Mark J. Giannamore, Esq.
VAZIRI LAW GROUP, APC
A Professional Law Corporation
5757 Wilshire Blvd., Ste. 670
Los Angeles, CA  90036
Tel: (310) 777-7540
Fax: (310) 777-0373
Email:
**Attorneys for Plaintiff**
**DEBRA J. CRISP-STOOT**

Executed on March 13, 2020 at Los Angeles, California.

Chantha Lieng

3