Andrew O. Smith, Esq., SBN 217538
Rebecca N. Herman, Esq., SBN 257071
**PETTIT KOHN INGRASSIA LUTZ & DOLIN PC**
5901 W. Century Blvd., Suite 1100
Los Angeles, CA 90045
Telephone: (310) 649-5772
Facsimile: (310) 649-5777
E-mail: aosmith@pettitkohn.com
         rherman@pettitkohn.com

Attorneys for Defendant
**WAL-MART STORES, INC.**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA J. CRISP-STOOT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC.; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO.: 2:18-cv-10694PSG (PJWx)<br><br>**JOINT EXHIBIT LIST**<br><br>Courtroom:         6A<br>District Judge:    Philip S. Gutierrez<br>Magistrate Judge: Patrick J. Walsh<br>Complaint Filed: April 23, 2018<br>Trial Date:        October 27, 2020 |

Pursuant to Federal Rules of Civil Procedure 26(a)(3)(A)(iii), and Local Rules 16-2.3, 16-6, and 26-3, the parties to this action, Plaintiff Debra J. Crisp-Stoot and Defendant Wal-Mart Stores, Inc., hereby submit this joint list of exhibits to be used during trial.

This joint list of exhibits is submitted without waiver of, and with express reservation of, the parties' rights to: (i) object to any of the exhibits identified on this joint list of exhibit; and (ii) use other exhibits for purposes of impeachment.  The parties further expressly reserve all rights to amend, supplement, add rebuttal exhibits, and/or otherwise modify this joint list of exhibits in accordance with the rules of the Court, any agreement by the parties, or any rulings from the Court on motions *in limine*, deposition designations, exhibit objections, or any other evidentiary issues.

**PLAINTIFF'S EXHIBIT LIST**

| Exhibit No. | Description | Objection | Reason for Objection | Response | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| 1. | Photographs of Plaintiff's injuries and enlargements thereof. | | | | | |
| 2. | Discovery propounded Defendant Wal-Mart and their responses thereto | | | | | |
| 3. | Discovery propounded on Plaintiff, Debra Crisp-Stoot, and her responses thereto. | | | | | |
| 4. | Six photographs of the Defendant's floor and the smashed grapes on same produced by Defendant in response to request for production of documents. | | | | | |
| 5. | All documents produced by Defendant pursuant to the | | | | | |

| Exhibit No. | Description | Objection | Reason for Objection | Response | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| | stipulated protective order including confidential policies, procedures, and other related documents regarding training, safety, maintenance, and repair of the Wal-Mart where Plaintiff sustained injury. | | | | | |
| 6. | Any and all documents exchanged by and between the parties throughout the course of this litigation. | | | | | |
| 7-200 | Reserved for Plaintiff. | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

3

## DEFENDANT'S EXHIBIT LIST

| Exhibit No. | Description | Objection | Reason for Objection | Response | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| 200. | Walmart Incident Report dated June 5, 2016 | | | | | |
| 201. | Photographs of the alleged incident area | | | | | |
| 202. | Surveillance video of area surrounding incident | | | | | |
| 203. | Plaintiff's Pertinent Medical/Billing Records from Kaiser Permanente | | | | | |
| 204. | Plaintiff's Pertinent Medical/Billing Records from Allied Physical Medicine | | | | | |
| 205. | Plaintiff's Pertinent Medical/Billing Records from Allied Health | | | | | |

3

| Exhibit No. | Description | Objection | Reason for Objection | Response | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| | Pharmacy | | | | | |
| 206. | Plaintiff's Pertinent Medical/Billing Records from Santa Clarita Surgery Center for Advanced Pain Management | | | | | |
| 207. | Plaintiff's Pertinent Medical/Billing Records from Advanced Imaging | | | | | |
| 208. | Plaintiff's Pertinent Medical/Billing Records from Tarek Bittar, M.D. | | | | | |
| 209. | Plaintiff's Pertinent Medical/Billing Records from Brett Custodia, CRNA | | | | | |
| 210. | Plaintiff's Pertinent | | | | | |

| Exhibit No. | Description | Objection | Reason for Objection | Response | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| | Medical/Billing Records from Santa Clarita Surgery Center | | | | | |
| 211. | *Reserved for Defendant* | | | | | |
| 212. | Plaintiff's Pertinent Medical/Billing Records from 90210 Surgical Associates | | | | | |
| 213. | Plaintiff's Pertinent Medical/Billing Records from Vargo Physical Therapy | | | | | |
| 214. | Plaintiff's Pertinent Medical/Billing Records from Onesource/ SAFVI Medical Corporation | | | | | |
| 215. | Plaintiff's | | | | | |

5

| Exhibit No. | Description | Objection | Reason for Objection | Response | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
|  | Pertinent Medical Imaging from Onesource/SAFVI/Expert MRI |  |  |  |  |  |
| 216. | Plaintiff's Pertinent Medical/Billing Records from Los Angeles Orthopedic Institute |  |  |  |  |  |
| 217. | Plaintiff's Pertinent Medical/Billing Records from Los Angeles Orthopedic Institute |  |  |  |  |  |
| 218. | Plaintiff's Pertinent Medical/Billing Records from Oxnard Valley Medical Group/Sean Leoni, M.D. |  |  |  |  |  |
| 219. | Plaintiff's Pertinent |  |  |  |  |  |

6

JOINT EXHIBIT LIST
CASE NO.: 2:18-cv-10694PSG (PJWx)

2354-8950

| Exhibit No. | Description | Objection | Reason for Objection | Response | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| | Medical/Billing Records from Endeavor Surgical Center | | | | | |
| 220. | Plaintiff's Pertinent Medical/Billing Records from Center for Orthopedic & Sports Excellence | | | | | |
| 221. | Plaintiff's Pertinent Medical/Billing Records from Arthur Kreitenberg, M.D. | | | | | |
| 222. | Plaintiff's Pertinent Medical/Billing Records from Antelope Valley Hospital | | | | | |
| 223. | Plaintiff's Pertinent Medical/Billing Records | | | | | |

7

| Exhibit No. | Description | Objection | Reason for Objection | Response | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| | from Fadi Chahin M.D. | | | | | |
| 224. | Plaintiff's Pertinent Medical/Billing Records from Chris Stein, M.D. | | | | | |
| 225. | Plaintiff's Pertinent Medical/Billing Records from Avasco Medical Supply | | | | | |
| 226. | Plaintiff's Pertinent Medical/Billing Records from Nationwide Lien Pharmacy Services | | | | | |
| 227. | Plaintiff's Pertinent Medical Records from Narinder Grewal, M.D. | | | | | |
| 228. | Plaintiff's Pertinent | | | | | |

| Exhibit No. | Description | Objection | Reason for Objection | Response | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| | Medical/Billing Records from Jennifer Thompson, M.D. | | | | | |
| 229. | Plaintiff's Pertinent Medical/Billing Records from Lyons Pharmacy | | | | | |
| 230. | Deposition Transcript of Plaintiff Debra Crisp-Stoot | | | | | |
| 231. | Deposition Exhibits of Plaintiff Debra Crisp-Stoot | | | | | |
| 232. | Deposition Transcript of Lindsey Anne Whitfield | | | | | |
| 233. | Deposition Exhibits of Lindsey Anne Whitfield | | | | | |
| 234. | Deposition Transcript of Michael Carranza | | | | | |
| 235. | Deposition | | | | | |

| Exhibit No. | Description | Objection | Reason for Objection | Response | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| | Exhibits of Michael Carranza | | | | | |
| 236. | Deposition Transcript of Eric Stoot | | | | | |
| 237. | Deposition Exhibits of Eric Stoot | | | | | |
| 238. | Deposition Transcript of Domenick Sisto, M.D. | | | | | |
| 239. | Deposition Exhibits of Domenick Sisto, M.D. | | | | | |
| 240. | Deposition Transcript of Tarek Bittar, M.D., Volume 1 | | | | | |
| 241. | Deposition Exhibits of Tarek Bittar, M.D., Volume 1 | | | | | |
| 242. | Deposition Transcript of Tarek Bittar, M.D., Volume 2 | | | | | |
| 243. | Deposition Exhibits of | | | | | |

| Exhibit No. | Description | Objection | Reason for Objection | Response | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| | Tarek Bittar, M.D., Volume 2 | | | | | |
| 244. | Plaintiff's Employment Records from the Los Angeles County Sheriff's Department | | | | | |
| 245. | *Reserved for Defendant* | | | | | |
| 246. | *Reserved for Defendant* | | | | | |
| 247. | *Reserved for Defendant* | | | | | |
| 248. | *Reserved for Defendant* | | | | | |
| 249. | *Reserved for Defendant* | | | | | |
| 250. | Deposition Transcript of Narinder Grewal, M.D. | | | | | |
| 251. | Deposition Exhibits of Narinder Grewal, M.D. | | | | | |
| 252. | Narinder | | | | | |

11

| Exhibit No. | Description | Objection | Reason for Objection | Response | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| | Grewal, M.D. Expert File | | | | | |
| 253. | Narinder Grewal, M.D. Curriculum Vitae | | | | | |
| 254. | *Reserved for Defendant* | | | | | |
| 255. | Deposition Transcript of Arthur Kreitenberg, M.D. | | | | | |
| 256. | Deposition Video of Arthur Kreitenberg, M.D. | | | | | |
| 257. | Deposition Exhibits of Arthur Kreitenberg, M.D. | | | | | |
| 258. | Arthur Kreitenberg, M.D. Expert File | | | | | |
| 259. | Arthur Kreitenberg, M.D. Curriculum Vitae | | | | | |
| 260. | *Reserved for Defendant* | | | | | |
| 261. | Deposition | | | | | |

12

| Exhibit No. | Description | Objection | Reason for Objection | Response | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
|  | Transcript of Mark Burns |  |  |  |  |  |
| 262. | Deposition Video of Mark Burns |  |  |  |  |  |
| 263. | Deposition Exhibits of Mark Burns |  |  |  |  |  |
| 264. | Mark Burns Expert File |  |  |  |  |  |
| 265. | Mark Burns Curriculum Vitae |  |  |  |  |  |
| 266. | *Reserved for Defendant* |  |  |  |  |  |
| 267. | Deposition Transcript of Alyssa Wanatabe, M.D. |  |  |  |  |  |
| 268. | Deposition Exhibits of Alyssa Wanatabe, M.D. |  |  |  |  |  |
| 269. | Alyssa Wanatabe, M.D. Expert File |  |  |  |  |  |
| 270. | Alyssa Wanatabe, M.D. Curriculum Vitae |  |  |  |  |  |
| 271. | *Reserved for* |  |  |  |  |  |

| Exhibit No. | Description | Objection | Reason for Objection | Response | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| | *Defendant* | | | | | |
| 272. | Deposition Transcript of Thomas Grogan, M.D. | | | | | |
| 273. | Deposition Exhibits of Thomas Grogan, M.D. | | | | | |
| 274. | Thomas Grogan, M.D. Expert File | | | | | |
| 275. | Thomas Grogan, M.D. Curriculum Vitae | | | | | |
| 276. | *Reserved for Defendant* | | | | | |
| 277. | Deposition Transcript of Nancy Michalski, RN,. | | | | | |
| 278. | Deposition Video of Nancy Michalski, RN, | | | | | |
| 279. | Deposition Exhibits of Nancy Michalski, RN, | | | | | |
| 280. | Nancy | | | | | |

| Exhibit No. | Description | Objection | Reason for Objection | Response | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| | Michalski, RN, Expert File | | | | | |
| 281. | Nancy Michalski, RN, Curriculum Vitae | | | | | |
| 282. | *Reserved for Defendant* | | | | | |
| 283. | Deposition Transcript of Stephen L.G. Rothman, M.D. | | | | | |
| 284. | Deposition Exhibits of Stephen L.G. Rothman, M.D. | | | | | |
| 285. | Stephen L.G. Rothman, M.D. Expert File | | | | | |
| 286. | Stephen L.G. Rothman, M.D. Curriculum Vitae | | | | | |
| 287. | *Reserved for Defendant* | | | | | |
| 288. | Deposition Transcript | | | | | |

15

| Exhibit No. | Description | Objection | Reason for Objection | Response | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| | of Sam Iler | | | | | |
| 289. | Deposition Exhibits of Sam Iler | | | | | |
| 290. | Sam Iler Expert File | | | | | |
| 291. | Sam Iler Curriculum Vitae | | | | | |
| 292. | Defendant Walmart's Initial Disclosures | | | | | |
| 293. | Plaintiff Debra Crisp-Stoot's Initial Disclosures | | | | | |
| 294. | Deposition Transcript of Jacqueline Bloink | | | | | |
| 295. | Deposition Video of Jacqueline Bloink | | | | | |
| 296. | Deposition Exhibits of Jacqueline Bloink | | | | | |
| 297. | Jacqueline Bloink Expert File | | | | | |
| 298. | Jacqueline Bloink CV | | | | | |
| 299. | Deposition | | | | | |

| Exhibit No. | Description | Objection | Reason for Objection | Response | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| | Transcript, Volume Two of Narinder Grewal, M.D. | | | | | |
| 300. | Deposition Exhibits, Volume Two of Narinder Grewal, M.D. | | | | | |
| 301. | Defendant Walmart's Supplemental Disclosures | | | | | |
| 302. | *Reserved for Defendant* | | | | | |
| 303. | *Reserved for Defendant* | | | | | |
| 304. | *Reserved for Defendant* | | | | | |
| 305. | *Reserved for Defendant* | | | | | |
| 306. | *Reserved for Defendant* | | | | | |
| 307. | *Reserved for Defendant* | | | | | |
| 308. | *Reserved for Defendant* | | | | | |

| Exhibit No. | Description | Objection | Reason for Objection | Response | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| 309. | *Reserved for Defendant* | | | | | |

**PETTIT KOHN INGRASSIA LUTZ & DOLIN PC**

Dated: September 28, 2020　　　By: /s/Rebecca Herman
　　　　　　　　　　　　　　　　　　Andrew O. Smith, Esq.
　　　　　　　　　　　　　　　　　　Rebecca Herman, Esq.
　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　**WAL-MART STORES, INC.**
　　　　　　　　　　　　　　　　　　aosmith@pettitkohn.com
　　　　　　　　　　　　　　　　　　rherman@pettitkohn.com

**VAZIRI LAW GROUP**

Dated: 9-28-2020　　　By: _____
　　　　　　　　　　　　　　Siamak Vaziri, Esq.
　　　　　　　　　　　　　　Mark J. Giannamore, Esq.
　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　**DEBRA J. CRISP-STOOT**

# CERTIFICATE OF SERVICE

I hereby certify that the following document(s):

**JOINT EXHIBIT LIST**

was/were served on this date to counsel of record:

[ ] **BY MAIL:** By placing a copy of the same in the United States Mail, postage prepaid, and sent to their last known address(es) listed below.

[X] **BY E-MAIL DELIVERY:** Based on an agreement of the parties to accept service by e-mail or electronic transmission, I sent the above document(s) to the person(s) at the e-mail address(es) listed below. I did not receive, within a reasonable amount of time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[ ] **BY ELECTRONIC TRANSMISSION:** I electronically filed the above document(s) with the Clerk of the Court using the CM/ECF system. The CM/ECF system will send notification of this filing to the person(s) listed below.

Siamak Vaziri, Esq.
Mark J. Giannamore, Esq.
VAZIRI LAW GROUP, APC
A Professional Law Corporation
5757 Wilshire Blvd., Ste. 670
Los Angeles, CA 90036
Tel: (310) 777-7540
Fax: (310) 777-0373
Email:
**Attorneys for Plaintiff
DEBRA J. CRISP-STOOT**

Executed on September 28, 2020 at Los Angeles, California.

/s/ Rebecca Herman
Rebecca Herman