UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 18-10694-PSG (PJWx) | Date | October 14, 2020 |
|---|---|---|---|
| Title | DEBRA J. CRISP-STOOT V. WAL-MART STORES, INC. ET AL | | |

| Present: The Honorable | Philip S. Gutierrez, United States District Court Judge | |
|---|---|---|
| Wendy Hernandez | | Not Reported |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:**   (In Chambers) ORDER

On the Court's directive, the Final Pretrial Conference presently set for October 19, 2020 is vacated. The Court sets a Telephonic Status Conference for October 27, 2020 at 9:00 a.m. The call-in information will be provided to counsel by October 26.

Initials of Preparer   wh