Andrew O. Smith, Esq., SBN 217538
Rebecca N. Herman, Esq., SBN 257071
**PETTIT KOHN INGRASSIA LUTZ & DOLIN PC**
5901 W. Century Blvd., Suite 1100
Los Angeles, CA 90045
Telephone: (310) 649-5772
Facsimile: (310) 649-5777
E-mail: aosmith@pettitkohn.com
        rherman@pettitkohn.com

Attorneys for Defendant
**WAL-MART STORES, INC.**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA J. CRISP-STOOT, an individual, <br><br> Plaintiff, <br><br> v. <br><br> WAL-MART STORES, INC.; and DOES 1 through 50, inclusive, <br><br> Defendants. | CASE NO.:  2:18-cv-10694PSG (PJWx) <br><br> **JOINT EXHIBIT LIST** <br><br> Courtroom:        6A <br> District Judge:   Philip S. Gutierrez <br> Magistrate Judge: Patrick J. Walsh <br> Complaint Filed: April 23, 2018 <br> Trial Date:       June 8, 2021 |

Pursuant to Federal Rules of Civil Procedure 26(a)(3)(A)(iii), and Local Rules 16-2.3, 16-6, and 26-3, the parties to this action, Plaintiff Debra J. Crisp-Stoot and Defendant Wal-Mart Stores, Inc., hereby submit this joint list of exhibits to be used during trial.

This joint list of exhibits is submitted without waiver of, and with express reservation of, the parties' rights to: (i) object to any of the exhibits identified on this joint list of exhibit; and (ii) use other exhibits for purposes of impeachment.  The parties further expressly reserve all rights to amend, supplement, add rebuttal exhibits, and/or otherwise modify this joint list of exhibits in accordance with the rules of the Court, any agreement by the parties, or any rulings from the Court on motions *in limine*, deposition designations, exhibit objections, or any other evidentiary issues.

2354-8950

1

## **PLAINTIFF'S EXHIBIT LIST**

| Ex. No. | Description | Objection | Reason for Objection | Response | Date Identified | Date Admitted |
|---------|-------------|-----------|---------------------|----------|-----------------|---------------|
| 1. | Three Photographs of Plaintiff's Wrist and Enlargements therefrom, produced in discovery. | | | | | |
| 2. | Reserved. | | | | | |
| 3. | Reserved. | | | | | |
| 4. | Reserved. | | | | | |
| 5. | Reserved. | . | | | | |
| 6. | Reserved. | | | | | |
| 7. | Store Floor Plan, produced in discovery | | | | | |
| 8. | 10 Photographs of Incident Scene/Smashed Grapes, produced in discovery where Plaintiff sustained injury. | | | | | |
| 9. | Customer Incident Report Dated 6/5/16, produced in discovery. | | | | | |

2

| Ex. No. | Description | Objection | Reason for Objection | Response | Date Identified | Date Admitted |
|---------|-------------|-----------|----------------------|----------|-----------------|---------------|
| 10. | Surveillance Video from Date of Incident and Stills/Enlargements of Stills therefrom, produced in discovery | Yes. | FRE 401; 403, Defendant's Motion *in Limine* No. 1 (Document No. 44) | | | |
| 11. | Plaintiff's Pertinent Medical/Billing Records, Reports and Notes from Allied Physical Medicine/Val Givargis, D.C./Eric Shaver, D.C. | | | | | |
| 12. | Plaintiff's Pertinent MRIs, Medical/Billing Records, Reports and Notes from Advanced Imaging Center/Philip B. McDonald, M.D.; Salma | | | | | |

3

| Ex. No. | Description | Objection | Reason for Objection | Response | Date Identified | Date Admitted |
|---------|-------------|-----------|---------------------|----------|-----------------|---------------|
| | Khan, M.D. | | | | | |
| 13. | Plaintiff's Pertinent Medical/Billing Records, Reports and Notes from Advanced Pain Management/Narinder S. Grewal, M.D./Romulus A. Ramos, FNP-BC | | | | | |
| 14. | Plaintiff's Pertinent Medical/Billing Records, Reports and Notes from Lyons Pharmacy & Compounding Lab | | | | | |
| 15. | Plaintiff's Pertinent Medical/Billing Records, Reports and Notes from Tarek Y. Bittar, M.D. | | | | | |

2354-8950

JOINT EXHIBIT LIST
CASE NO.: 2:18-cv-10694PSG (PJWx)

| Ex. No. | Description | Objection | Reason for Objection | Response | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| 16. | Plaintiff's Pertinent Medical/Billing Records, Reports and Notes from Santa Clarita Surgery Center/Jennifer L. Thompson/ Brett Custodia | | | | | |
| 17. | Plaintiff's Pertinent Medical/Billing Records, Reports and Notes from Kaiser/Benjamin Domingo Dacula, M.D./Seong-Cheon Payul Kim, M.D. | | | | | |
| 18. | Plaintiff's Pertinent Medical/Billing Records, Reports and Notes from 90210 Surgical | | | | | |

2354-8950

| Ex. No. | Description | Objection | Reason for Objection | Response | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
|  | Associates, LLC |  |  |  |  |  |
| 19. | Plaintiff's Pertinent Medical/Billing Records, Reports and Notes from Fadi Chahin, M.D. |  |  |  |  |  |
| 20. | Plaintiff's Pertinent Medical/Billing Records, Reports and Notes from Nationwide Pharmacy |  |  |  |  |  |
| 21. | Plaintiff's Pertinent Medical/Billing Records, Reports and Notes from Ray Hashemi, M.D. |  |  |  |  |  |
| 22. | Plaintiff's Pertinent Medical/Billing Records, Reports and Notes from Vargo |  |  |  |  |  |

2354-8950

| Ex. No. | Description | Objection | Reason for Objection | Response | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| | Physical Therapy/Josh Schwartz/Ron Johnson, PT/Allison Gagnon, PT/Erik Wolpert, PT/Gene Flores, PT/Chris Davis, PTA/Lauren Takayesu, PT/ | | | | | |
| 23. | Plaintiff's Pertinent Medical/Billing Records, Reports and Notes from Los Angeles Orthopedic Institute/Domenick Sisto, M.D. | | | | | |
| 24. | Plaintiff's Pertinent Medical/Billing Records, Reports and Notes from Safvi Medical Corporation | | | | | |

2354-8950

JOINT EXHIBIT LIST
CASE NO.: 2:18-cv-10694PSG (PJWx)

| Ex. No. | Description | Objection | Reason for Objection | Response | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
|  | /Amjad Safvi, M.D. |  |  |  |  |  |
| 25. | Plaintiff's Pertinent Medical/Billing Records, Reports and Notes from Sean Leoni, M.D. |  |  |  |  |  |
| 26. | Plaintiff's Pertinent Medical/Billing Records, Reports and Notes from Chris Stein, M.D. |  |  |  |  |  |
| 27. | Relevant Excerpts from Walmart's Policies & Procedures Manual |  |  |  |  |  |
| 28. | Relevant Excerpts from Walmart's Training Manual |  |  |  |  |  |
| 29. | Relevant Excerpts from Walmart's Safety Manual |  |  |  |  |  |

| Ex. No. | Description | Objection | Reason for Objection | Response | Date Identified | Date Admitted |
|---------|-------------|-----------|----------------------|----------|-----------------|---------------|
| 30. | Defendant's Initial Disclosures and Supplemental Disclosures | | | | | |
| 31-100. | (**DUPLICATE D'S EXHIBITS 230-300**) | | | | | |
| 101. | Plaintiff's Form Interrogatories, Set 1 propounded on Defendant, and responses thereto | | | | | |
| 102. | Plaintiff's Special Interrogatories, Set 1 propounded on Defendant, and responses thereto | | | | | |
| 103. | Plaintiff's Request for Admissions, Set 1 propounded on Defendant, and | | | | | |

9

| Ex. No. | Description | Objection | Reason for Objection | Response | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| | responses thereto | | | | | |
| 104. | Plaintiff's Request for Production of Documents, Set 1 propounded on Defendant, and responses thereto | | | | | |
| 105. | Plaintiff's Form Interrogatories, Set 2 propounded on Defendant, and responses thereto | | | | | |
| 106. | Plaintiff's Special Interrogatories, Set 2 propounded on Defendant, and responses thereto | | | | | |
| 107. | Plaintiff's Request for Admissions, Set 2 propounded | | | | | |

10

| Ex. No. | Description | Objection | Reason for Objection | Response | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
|  | on Defendant, and responses thereto |  |  |  |  |  |
| 108. | Defendant' Form Interrogatories, Set 1 propounded to Plaintiff, and responses thereto |  |  |  |  |  |
| 109. | Defendant's Special Interrogatories, Set 1 propounded to Plaintiff, and responses thereto |  |  |  |  |  |
| 110. | Defendant's Request for Admissions, Set 1 propounded on Plaintiff, and responses thereto |  |  |  |  |  |
| 111. | Defendant's Request for Production, Set 1 propounded on Plaintiff, and |  |  |  |  |  |

11

| Ex. No. | Description | Objection | Reason for Objection | Response | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| | responses thereto | | | | | |
| 112. | Defendant's Special Interrogatories, Set 2 propounded to Plaintiff and responses thereto | | | | | |
| 113. | Defendant's Request for Production, Set 2 propounded on Plaintiff, and responses thereto | | | | | |
| 114. | Defendant's Request for Admissions, Set 2 propounded on Plaintiff, and responses thereto | | | | | |
| 115. | Defendant's Special Interrogatories, Set 3 propounded to Plaintiff, and responses thereto | | | | | |
| 116. | Defendant's | | | | | |

12

| Ex. No. | Description | Objection | Reason for Objection | Response | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| | Request for Admissions, Set 3 propounded on Plaintiff, and responses thereto | | | | | |
| 117. | Defendant's Request for Production, Set 3 propounded on Plaintiff, and responses thereto | | | | | |
| 118. | Defendant's Request for Admissions, Set 4 propounded on Plaintiff, and responses thereto | | | | | |

13

## DEFENDANT'S EXHIBIT LIST

| Exhibit No. | Description | Objection | Reason for Objection | Response | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| 200. | Walmart Incident Report dated June 5, 2016 | | | | | |
| 201. | Photographs of the alleged incident area produced in response to discovery | | | | | |
| 202. | Surveillance video of area surrounding incident | | | | | |
| 203. | Plaintiff's Pertinent Medical/Billing Records from Kaiser Permanente | | | | | |
| 204. | Plaintiff's Pertinent Medical/Billing Records from Allied Physical Medicine | | | | | |
| 205. | Plaintiff's Pertinent Medical/Billing | | | | | |

| Exhibit No. | Description | Objection | Reason for Objection | Response | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| | Records from Allied Physical Therapy | | | | | |
| 206. | Plaintiff's Pertinent Medical/Billing Records from Santa Clarita Surgery Center for Advanced Pain Management | | | | | |
| 207. | Plaintiff's Pertinent Medical/Billing Records from Advanced Imaging | | | | | |
| 208. | Plaintiff's Pertinent Medical/Billing Records from Tarek Bittar, M.D. | | | | | |
| 209. | Plaintiff's Pertinent Medical/Billing Records from Brett Custodia, | | | | | |

4

| Exhibit No. | Description | Objection | Reason for Objection | Response | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| | CRNA | | | | | |
| 210. | Plaintiff's Pertinent Medical/Billing Records from Santa Clarita Surgery Center | | | | | |
| 211. | Plaintiff's Pertinent Medical Records from | | | | | |
| 212. | Plaintiff's Pertinent Medical/Billing Records from 90210 Surgical Associates | | | | | |
| 213. | Plaintiff's Pertinent Medical/Billing Records from Vargo Physical Therapy | | | | | |
| 214. | Plaintiff's Pertinent Medical/Billing Records from Onesource/ SAFVI | | | | | |

| Exhibit No. | Description | Objection | Reason for Objection | Response | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| | Medical Corporation | | | | | |
| 215. | Plaintiff's Pertinent Medical Imaging from Onesource/ SAFVI /Expert MRI | | | | | |
| 216. | Plaintiff's Pertinent Medical/Bil ling Records from Los Angeles Orthopedic Institute | | | | | |
| 217. | Plaintiff's Pertinent Medical/Bil ling Records from Los Angeles Orthopedic Institute | | | | | |
| 218. | Plaintiff's Pertinent Medical/Bil ling Records from Oxnard Valley Medical Group/Sean | | | | | |

6

| Exhibit No. | Description | Objection | Reason for Objection | Response | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| | Leoni, M.D. | | | | | |
| 219. | Plaintiff's Pertinent Medical/Billing Records from Endeavor Surgical Center | | | | | |
| 220. | Plaintiff's Pertinent Medical/Billing Records from Center for Orthopedic & Sports Excellence | | | | | |
| 221. | Plaintiff's Pertinent Medical/Billing Records from Arthur Kreitenberg, M.D. | | | | | |
| 222. | Plaintiff's Pertinent Medical/Billing Records from Antelope Valley Hospital | | | | | |
| 223. | Plaintiff's Pertinent | | | | | |

| Exhibit No. | Description | Objection | Reason for Objection | Response | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| | Medical/Billing Records from Fadi Chahin M.D. | | | | | |
| 224. | Plaintiff's Pertinent Medical/Billing Records from Chris Stein, M.D. | | | | | |
| 225. | Plaintiff's Pertinent Medical/Billing Records from Avasco Medical Supply | | | | | |
| 226. | Plaintiff's Pertinent Medical/Billing Records from Nationwide Lien Pharmacy Services | | | | | |
| 227. | Plaintiff's Pertinent Medical Records from Narinder Grewal, | | | | | |

8

| Exhibit No. | Description | Objection | Reason for Objection | Response | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
|  | M.D. |  |  |  |  |  |
| 228. | Plaintiff's Pertinent Medical/Billing Records from Jennifer Thompson, M.D. |  |  |  |  |  |
| 229. | Plaintiff's Pertinent Medical/Billing Records from Lyons Pharmacy |  |  |  |  |  |
| 230. | Deposition Transcript of Plaintiff Debra Crisp-Stoot |  |  |  |  |  |
| 231. | Deposition Exhibits of Plaintiff Debra Crisp-Stoot |  |  |  |  |  |
| 232. | Deposition Transcript of Lindsey Anne Whitfield |  |  |  |  |  |
| 233. | Deposition Exhibits of Lindsey Anne Whitfield |  |  |  |  |  |
| 234. | Deposition Transcript |  |  |  |  |  |

9

| Exhibit No. | Description | Objection | Reason for Objection | Response | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| | of Michael Carranza | | | | | |
| 235. | Deposition Exhibits of Michael Carranza | | | | | |
| 236. | Deposition Transcript of Eric Stoot | | | | | |
| 237. | Deposition Exhibits of Eric Stoot | | | | | |
| 238. | Deposition Transcript of Domenick Sisto, M.D. | | | | | |
| 239. | Deposition Exhibits of Domenick Sisto, M.D. | | | | | |
| 240. | Deposition Transcript of Tarek Bittar, M.D., Volume 1 | | | | | |
| 241. | Deposition Exhibits of Tarek Bittar, M.D., Volume 1 | | | | | |
| 242. | Deposition Transcript of Tarek Bittar, M.D., | | | | | |

10

| Exhibit No. | Description | Objection | Reason for Objection | Response | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| | Volume 2 | | | | | |
| 243. | Deposition Exhibits of Tarek Bittar, M.D., Volume 2 | | | | | |
| 244. | Plaintiff's Employment Records from the Los Angeles County Sheriff's Department | | | | | |
| 245. | *Reserved for Defendant* | | | | | |
| 246. | *Reserved for Defendant* | | | | | |
| 247. | *Reserved for Defendant* | | | | | |
| 248. | *Reserved for Defendant* | | | | | |
| 249. | *Reserved for Defendant* | | | | | |
| 250. | Deposition Transcript of Narinder Grewal, M.D. Vol. 1 (March 13, 2020) | | | | | |
| 251. | Deposition | | | | | |

11

| Exhibit No. | Description | Objection | Reason for Objection | Response | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| | Exhibits of Narinder Grewal, M.D. Vol. 1 (March 13, 2020) | | | | | |
| 252. | Narinder Grewal, M.D. Expert File | | | | | |
| 253. | Narinder Grewal, M.D. Curriculum Vitae | | | | | |
| 254. | *Reserved for Defendant* | | | | | |
| 255. | Deposition Transcript of Arthur Kreitenberg, M.D. | | | | | |
| 256. | Deposition Video of Arthur Kreitenberg, M.D. | | | | | |
| 257. | Deposition Exhibits of Arthur Kreitenberg, M.D. | | | | | |
| 258. | Arthur Kreitenberg, M.D. Expert File | | | | | |
| 259. | Arthur Kreitenberg | | | | | |

12

2354-8950

| Exhibit No. | Description | Objection | Reason for Objection | Response | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| | , M.D. Curriculum Vitae | | | | | |
| 260. | *Reserved for Defendant* | | | | | |
| 261. | Deposition Transcript of Mark Burns | | | | | |
| 262. | Deposition Video of Mark Burns | | | | | |
| 263. | Deposition Exhibits of Mark Burns | | | | | |
| 264. | Mark Burns Expert File | | | | | |
| 265. | Mark Burns Curriculum Vitae | | | | | |
| 266. | *Reserved for Defendant* | | | | | |
| 267. | Deposition Transcript of Alyssa Wanatabe, M.D. | | | | | |
| 268. | Deposition Exhibits of Alyssa Wanatabe, M.D. | | | | | |
| 269. | Alyssa Wanatabe, M.D. Expert File | | | | | |

13

| Exhibit No. | Description | Objection | Reason for Objection | Response | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| 270. | Alyssa Wanatabe, M.D. Curriculum Vitae | | | | | |
| 271. | *Reserved for Defendant* | | | | | |
| 272. | Deposition Transcript of Thomas Grogan, M.D. | | | | | |
| 273. | Deposition Exhibits of Thomas Grogan, M.D. | | | | | |
| 274.  . | Thomas Grogan, M.D. Expert File | | | | | |
| 275. | Thomas Grogan, M.D. Curriculum Vitae | | | | | |
| 276. | *Reserved for Defendant* | | | | | |
| 277. | Deposition Transcript of Nancy Michalski, R.N. | | | | | |
| 278. | Deposition Video of Nancy Michalski, | | | | | |

14

| Exhibit No. | Description | Objection | Reason for Objection | Response | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| | R.N. | | | | | |
| 279. | Deposition Exhibits of Nancy Michalski, RN, | | | | | |
| 280. | Nancy Michalski, R.N., Expert File | | | | | |
| 281. | Nancy Michalski, R.N., Curriculum Vitae | | | | | |
| 282. | *Reserved for Defendant* | | | | | |
| 283. | Deposition Transcript of Stephen L.G. Rothman, M.D. | | | | | |
| 284. | Deposition Exhibits of Stephen L.G. Rothman, M.D. | | | | | |
| 285. | Stephen L.G. Rothman, M.D. Expert File | | | | | |
| 286. | Stephen L.G. Rothman, M.D. | | | | | |

15

| Exhibit No. | Description | Objection | Reason for Objection | Response | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| | Curriculum Vitae | | | | | |
| 287. | *Reserved for Defendant* | | | | | |
| 288. | Deposition Transcript of Sam Iler | | | | | |
| 289. | Deposition Exhibits of Sam Iler | | | | | |
| 290. | Sam Iler Expert File | | | | | |
| 291. | Sam Iler Curriculum Vitae | | | | | |
| 292. | Defendant Walmart's Initial Disclosures | | | | | |
| 293. | Plaintiff Debra Crisp-Stoot's Initial Disclosures | | | | | |
| 294. | Deposition Transcript of Jacqueline Bloink | | | | | |
| 295. | Deposition Video of Jacqueline Bloink | | | | | |
| 296. | Deposition Exhibits of Jacqueline | | | | | |

16

| Exhibit No. | Description | Objection | Reason for Objection | Response | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
|  | Bloink |  |  |  |  |  |
| 297. | Jacqueline Bloink Expert File |  |  |  |  |  |
| 298. | Jacqueline Bloink CV |  |  |  |  |  |
| 299. | Deposition Transcript, Volume Two of Narinder Grewal, M.D. |  |  |  |  |  |
| 300. | Deposition Exhibits, Volume Two of Narinder Grewal, M.D. |  |  |  |  |  |
| 301. | Defendant Walmart's Supplemental Disclosures |  |  |  |  |  |
| 302. | *Reserved for Defendant* |  |  |  |  |  |
| 303. | *Reserved for Defendant* |  |  |  |  |  |
| 304. | *Reserved for Defendant* |  |  |  |  |  |
| 305. | *Reserved for Defendant* |  |  |  |  |  |
| 306. | *Reserved* |  |  |  |  |  |

JOINT EXHIBIT LIST
CASE NO.: 2:18-cv-10694PSG (PJWx)

| Exhibit No. | Description | Objection | Reason for Objection | Response | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| | *for Defendant* | | | | | |
| 307. | *Reserved for Defendant* | | | | | |
| 308. | *Reserved for Defendant* | | | | | |
| 309. | *Reserved for Defendant* | | | | | |

**PETTIT KOHN INGRASSIA LUTZ & DOLIN PC**

Dated:  May 10, 2021                    By:            /s/Rebecca Herman_____
                                                              Andrew O. Smith, Esq.
                                                              Rebecca Herman, Esq.
                                                              Attorneys for Defendant
                                                              **WAL-MART STORES, INC.**
                                                              aosmith@pettitkohn.com
                                                              rherman@pettitkohn.com


**VAZIRI LAW GROUP**

Dated: May 10, 2021                      By:        /s/ Mark Giannamore
                                                            Siamak Vaziri, Esq.
                                                            Mark J. Giannamore, Esq.
                                                            Attorneys for Plaintiff
                                                            **DEBRA J. CRISP-STOOT**

2354-8950

18

**CERTIFICATE OF SERVICE**

I hereby certify that the following document(s):

**JOINT EXHIBIT LIST**

was/were served on this date to counsel of record:

[ ]   **BY MAIL:** By placing a copy of the same in the United States Mail, postage prepaid, and sent to their last known address(es) listed below.

[ ]   **BY E-MAIL DELIVERY:** Based on an agreement of the parties to accept service by e-mail or electronic transmission, I sent the above document(s) to the person(s) at the e-mail address(es) listed below. I did not receive, within a reasonable amount of time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[X]   **BY ELECTRONIC TRANSMISSION:** I electronically filed the above document(s) with the Clerk of the Court using the CM/ECF system. The CM/ECF system will send notification of this filing to the person(s) listed below.

Siamak Vaziri, Esq.
Mark J. Giannamore, Esq.
Shawn Elliot, Esq.
VAZIRI LAW GROUP, APC
A Professional Law Corporation
5757 Wilshire Blvd., Ste. 670
Los Angeles, CA  90036
Tel: (310) 777-7540
Fax: (310) 777-0373
Email: svaziri@vazirilaw.com
**Attorneys for Plaintiff**
**DEBRA J. CRISP-STOOT**

Executed on May 10, 2021 at Tucson, Arizona.


_____
Bridgette Araiza

2354-8950

JOINT EXHIBIT LIST
CASE NO.: 2:18-cv-10694PSG (PJWx)